82,778-01

Dear honorable Clerk, please file all 3 of these critical documents.

They were all placed into the prison mail system("Prison **Mailbox** Rule

") on Friday, Feb. 20th, before 10:00 O:Clock AM.   I'm sure they will

sit in the prison mailbox over the weekend, then on momnday,

they should be logged out and mailed out.    Mail does not move

around here on the weekends.


I will have a familly member come and purchase time filed stamped
copies soon.    THANKYOU.

PS:   I RECEIVED YOUR CARD NOTICE THAT YOU RECIEVED MY WRIT ON FEB.10th, 2015
Verifiable by prison mailroom.

DESMOND LEDET

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 27 2015

Abel Acosta, Clerk

EX PARTE                          §
                                  §
                                  §   IN THE COURT OF CRIMINAL APPEALS
                                  §   OF TEXAS, IN AUSTIN, TX.
                                  §
DESMOND LEDET                     §


APPLICANT'S HUMBLE REQUEST THAT THE COURT OF CRIMINAL APPEALS
WILL DO A **THOROUGH** EXAMINATION OF THE WRIT, THE RECORD, ALL EX-
HIBITS, ALL AFFIDAVITS, ETC. AND THE APPLICABLE LAW DE NOVO AND
    MAKE IT'S OWN CORRECT FACT FINDINGS AND LEGAL CONCLUSIONS.

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

I, Desmond Ledet, Applicant in the above said cause, do here-
by respectfully request that the honorable Court of Criminal Ap-
peals will do a thorough examination of my writ, the record, all
attached exhibits(police reports, affidavits, etc.). And that
this Court would severely scrutinize the trial court's adopted
findings of fact and conclusions of law presented to this Court.
They are inaccurate, misleading, and incorrect on every ground.
I have been denied DUE PROCESS by the trial court and a fair op-
portunity to be heard. The trial court's finding are incomplete
. In regards to my public trial grounds,(#1-#4) the findings and
conclusions do not even cite one case law/precedent from this
honorable Court. In regards to my Ground #29, the police reports
, etc. attached to my writ do prove the complainant has convict-
ions(See "State's Proposed...Findings...Conclusions" p.10, ¶58, &
¶59; and p.20, ¶66, & 67) and the State misled the jury regard-
ing the alleged victims credibility. **I OBJECT TO THE ERRONEOUS**
**FINDINGS THAT STATE OTHERWISE AND PLEAD WITH THISCOURT TO REVIEW**
**POLICE REPORTS AND GROUND #29 DE NOVO. ALSO #27, & &28.**

The same goes for all of my Grounds.

The trial court's adopted findings, regarding Ground #33 also **mislead this court,** that in Ground #33 I only complained that "...Hon. Fortinberry failed to "request that the State provide favorable evidence prior to trial." The State has entirely left out the true fullness of what I did raise in my failure to prepare for trial ground #33. Specifically in that Ground I asserted in part:

"...Secondly HE DID NOT MAKE ANY REQUEST TO THE STATE FOR EVIDENCE FAVORABLE TO THE APPLICANT <u>OR **ATTEMPT TO DISCOVER ANY SUCH**</u> <u>**EVIDENCE ON HIS OWN.**</u> AS A RESULT HE COULD NOT PROTECT APPLICANT'S RIGHT TO A FAIR TRIAL." Application, p.14 <u>BB</u>(Heading).

See State's Proposed...Findings...Conclusions...p.2, (g), & p. 9, ¶44. When I said Hon Fortinberry did not "ATTEMPT TO DISCOVER ANY SUCH EVIDENCE ON HIS OWN" that meant in any way(through a private investigator, public information request, etc.). In fact in the Application on the second page of Ground #33(15 BB) , at the bottom of page I again said(with it underlined): "**Defense counsel himself failed to seek out <u>in any manner whatsoever</u> that same said evidence.**" The State has entirely failed to address that part of my Ground in it's proposed findings/conclusions. Therefore I <u>object</u>. The State does not admit I raised that issue. It's Findings are incomplete. The State does concede: "The four police reports were fully accessible to Applicant through other sources." See State's Findings...", p.10 , ¶63. Which is exactly what I am raising that the State left . Thus he was ineffective for not obtaining that evidence that

I obtained POST-TRIAL, through a private investgator. **Powerfull** evidence, character/motive/confrontation/impeachment evidence as I thoroughly pointed out in Grounds #30-32, and second page of Ground #33 in the Application. **I OBJECT TO THE STATE'S PRO-POSED FINDINGS/CONCLUSIONS COMPLETELY.** As far as the evidence still hidden by the State concerning the complainants conviction history,(MISDEMEANOR, ETC.) defense counsel could not get that on his own. He needed a court order. The State is not truthful in that matter. THANKYOU. (PLACED IN MAILBOX ON Feb.20th,2015)

Respectfully Submitted,

*Desmond Ledet*

Desmond Ledet   #01651095
Telford Unit
3899 State Hwy.98
New Boston, TX   75570

## CERTIFICATE OF SERVICE

A true copy of the above has been mailed to the Tarrant County, TX, criminal District Attorney's Office, located at 401 W. Belknap, Fort Worth, TX. 76196. **Placed in prison mailbox on Fri.. Feb.20th, 2015. Mail does not move in prison on weekends so it will be picked up by mail staff on monday the 23rd. logged out and mailed. I did not receive notice that my writ was received by the Court of Criminal Appeals until, Feb. 10th, 2015.**

*Desmond Ledet*

Desmond Ledet